UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAW SCHOOL ADMISSION COUNCIL, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MORLEY TATRO, ) <br> d/b/a CAMBRIDGE LSAT, ) <br> ) <br> Defendant. ) | CASE NO. _____ <br><br> JURY TRIAL DEMANDED |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Law School Admission Council, Inc. ("LSAC"), through its counsel, certifies that: LSAC, a nongovernmental corporate party in the above listed civil action, does not have any parent corporation and no publicly held corporation owns 10% or more of the stock of LSAC.

DATED: September 18, 2015

*John V. Gorman*
John V. Gorman (PA Bar No. 80631)
jgorman@morganlewis.com
Amy M. Dudash (PA Bar No. 311898)
adudash@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: 215.963.5000
Fax: 215.963.5001

Anita B. Polott (*pro hac vice* application forthcoming)
apolott@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. N.W.
Washington, DC 20004-2541
Tel: 202.739.3000
Fax: 202.739.3001

***Attorneys for Plaintiff Law School Admission Council, Inc.***