**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LAW SCHOOL ADMISSION COUNCIL, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    CASE NO.  15-5219-MAK<br>) |
| MORLEY TATRO,<br>d/b/a CAMBRIDGE LSAT, | )<br>)<br>) |
| | )    JURY TRIAL DEMANDED |
| Defendant. | )<br>) |

**ENTRY OF APPEARANCE**

Kindly enter the appearance of Amy M. Dudash of Morgan, Lewis & Bockius LLP on behalf of Plaintiff in the above-captioned matter.

DATED:  September 21, 2015

*/s/Amy M. Dudash*
John V. Gorman (PA Bar No. 80631)
jgorman@morganlewis.com
Amy M. Dudash (PA Bar No. 311898)
adudash@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel:  215.963.5000
Fax:  215.963.5001

Anita B. Polott (*pro hac vice* application forthcoming)
apolott@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. N.W.
Washington, DC  20004-2541
Tel:  202.739.3000
Fax:  202.739.3001

*Attorneys for Plaintiff Law School Admission Council, Inc.*