POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>John V. Gorman, Esq. (PA I.D. No. 80631)<br>**MORGAN, LEWIS & BOCKIUS, LLP**<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>TELEPHONE NO.: (215) 963-5000  FAX NO. *(Optional)*: (215) 963-5001<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: PLAINTIFF | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF PENNSYLVANIA** | |
| PLAINTIFF/PETITIONER: LAW SCHOOL ADMISSION COUNCIL, INC.<br>DEFENDANT/RESPONDENT: MORLEY TATRO, D/B/A CAMBRIDGE LSAT | CASE NUMBER:<br>15-5219 |
| **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** | Ref. No. or File No.:<br>0073290 GE |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ Summons
   b. ☒ Complaint
   c. ☒ Civil Cover Sheet
   d. ☒ Other *(specify documents)*: DESIGNATION FORM; CASE MANAGEMENT TRACK DESIGNATION FORM-CIVIL ACTION; CORPORATE DISCLOSURE STATEMENT; NOTICE OF PROCEDURE TO CONSENT TO REFERENCE OF CIVIL ACTION OR PROCEEDING TO MAGISTRATE JUDGE
   e. ☐ First amended complaint
   f. ☐ Second amended complaint
   g. ☐ Third amended complaint
3. a. Party served *(specify name of party as shown on documents served)*:
      MORLEY TATRO, D/B/A CAMBRIDGE LSAT
   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
4. Address where the party was served: 303 E. ELMWOOD AVENUE, UNIT 304
   BURBANK, CA 91502
5. I served the party (check proper box)
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 09/22/2015    (2) at *(time)*: 06:50 PM
   b. ☐ **by substituted service.** On *(date)*:    at *(time)*:    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3a)*:
      (1) ☐ **(Business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(Home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(Physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:    from *(city)*:    or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

Code of Civil Procedure, § 417.10
American LegalNet, Inc.
www.FormsWorkflow.com

| PLAINTIFF/PETITIONER: LAW SCHOOL ADMISSION COUNCIL, INC. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: MORLEY TATRO, D/B/A CAMBRIDGE LSAT | 15-5219 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **By other means** *(specify means of service and authorizing code section)*:

  e. ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
   Under the following Code of Civil Procedure section:
   - ☐ 416.10 (corporation)
   - ☐ 416.20 (defunct corporation)
   - ☐ 416.30 (joint stock company/association)
   - ☐ 416.40 (association or partnership)
   - ☐ 416.50 (public entity)
   - ☐ 415.95 (business organization, form unknown)
   - ☐ 416.60 (minor)
   - ☐ 416.70 (ward or conservatee)
   - ☐ 416.90 (authorized person)
   - ☐ 415.46 (occupant)
   - ☐ Other:

7. **Person who served papers**
   a. Name: SARKIS ARABYAN
   b. Address: 1533 Wilshire Blvd., Los Angeles, CA 90017
   c. Telephone number: (213) 975-9850
   d. **The fee** for service was: $ 130.52
   e. I am:
      (1) ☐ Not a registered California process server.
      (2) ☐ Exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ a Registered California process server:
         (i) ☐ Owner ☐ Employee ☒ Independent contractor.
         (ii) Registration No.: 2013187036
         (iii) County: LOS ANGELES

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: September 23, 2015

SARKIS ARABYAN
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    ▶    (SIGNATURE)

POS-010 [Rev. January 1, 2007]    **PROOF OF SERVICE OF SUMMONS AND COMPLAINT**    Page 2 of 2

American LegalNet, Inc.
www.FormsWorkflow.com