IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAW SCHOOL ADMISSION COUNCIL, INC. | : | CIVIL ACTION |
| v. | : | NO. 15-5219 |
| MORLEY TATRO | : | |

## ORDER

AND NOW, this 9th day of October 2015, it is **ORDERED** an **INITIAL PRETRIAL CONFERENCE** shall be held on **Thursday, November 5, 2015** at **3:00PM**, in Courtroom 5D, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**IT IS FURTHER ORDERED**:

1. The parties shall make the required initial disclosures under Fed. R. Civ. P. 26(a) within seven (7) days of the date of this Order;

2. The parties shall commence core party written discovery **immediately**;

3. After consultation with counsel for all parties, Plaintiff's counsel shall complete and file with the Clerk the required Report of the Rule 26 (f) Meeting incorporating, at a minimum, all the information described in form Rule 26(f) Report (found on the Court website) on or before **Monday, November 2, 2015**;

4. Lead trial counsel is required to appear at the conference. If trial counsel is on trial in another matter, an attorney in his or her office who is thoroughly familiar with this case is required to appear at the conference, and will then be designated as lead trial counsel. Lead trial counsel shall have addressed settlement with all parties and be prepared to discuss settlement, including authority from the clients to settle; and

5. Counsel and all parties must be familiar with this Court's Policies and Procedures

at www.paed.uscourts.gov.

_____
KEARNEY, J.