Morley Tatro
303 E Elmwood Ave, Unit 304
Burbank, CA 91502-2695
(310) 717-5521
rippinradio@yahoo.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAW SCHOOL ADMISSION COUNCIL, INC.<br><br>Plaintiff,<br><br>vs.<br><br>MORLEY TATRO, D/B/A CAMBRIDGE LSAT<br><br>Defendant | Case No.: 2:15-cv-05219-MAK<br><br>DEFENDANT'S MOTION TO OBTAIN E-FILE LOGIN AND PASSWORD |

Morley Tatro d/b/a Cambridge LSAT ("Cambridge LSAT") moves this court for e-file access in regards the above-referenced matter. According to the instructions and specifications given online, the party meets all the technical requirements for e-filing, and enabling e-file as an option would greatly increase the efficiency of correspondence to and from the court and the opposing council.

Dated this 28 of October, 2015.

*[signature]*
Morley Tatro, defendant *pro se*

DEFENDANT'S MOTION TO OBTAIN E-FILE LOGIN AND PASSWORD - 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAW SCHOOL ADMISSION COUNCIL, INC.<br><br>Plaintiff,<br><br>vs.<br><br>MORLEY TATRO, D/B/A CAMBRIDGE LSAT<br><br>Defendant | Case No.: 2:15-cv-05219-MAK<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO OBTAIN E-FILE LOGIN AND PASSWORD |

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO OBTAIN E-FILE LOGIN AND PASSWORD - 1

1

2       Pending before this court is whether to grant Morley Tatro d/b/a Cambridge

3 LSAT ("Cambridge LSAT") an e-file login and password in connection with the above-

4 referenced matter. Since Defendant has steady internet access and meets all the technical

5 requirements of using e-file, the Court will issue credentials for him to do so. The motion is

6 hereby granted.

7       SO ORDERED.

8       Dated this ___ of _____, 2015.

9

10                                     _____
                                    Hon. Mark A. Kearney

11                                     U.S. District Court Judge

12

13

14

15

16

17

18

19

20

21

22

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO OBTAIN E-FILE LOGIN AND PASSWORD - 2