# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAW SCHOOL ADMISSION COUNCIL, INC.** : | **CIVIL ACTION** |
| : | |
| v.  : | NO. 15-5219 |
| : | |
| **MORLEY TATRO** : | |

### ORDER

**AND NOW**, this 29th day of October 2015, upon consideration of Defendant Morley Tatro's Motion to Obtain E-File on this case only *via* this Court's Electronic Case Filing ("ECF") System (ECF Doc. No. 8), it is **ORDERED** the Defendant's Motion is **GRANTED** and the Clerk of this Court shall issue a user name and password to the Unrepresented Defendant to allow him to file documents in this case alone electronically.

_____
**KEARNEY, J.**