IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAW SCHOOL ADMISSION COUNCIL, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 15-5219 |
| | : | |
| MORLEY TATRO | : | |

## ORDER

**AND NOW**, this 4th day of November 2015, upon consideration of Defendant's attached letter request to participate in this Court's November 5, 2015 Pretrial Conference by telephone, it is **ORDERED** this Court's October 9, 2015 Order is **amended** to allow all parties to appear by telephone only for this November 5, 2015 Pretrial Conference. Under our Policies, we expect to address the Defendant's pending motion to dismiss during this Conference and Defendant should be able to be heard from his phone. Moving forward, Defendant shall honor this Court's Orders and either attend in person or retain counsel to do so.

Plaintiff's Counsel shall initiate this conference at or before 3:00 PM on November 5, 2015 and then contact Chambers at 267-299-7680 when both parties are on the line.

_____
KEARNEY, J.

Morley Tatro

303 E Elmwood Ave, Unit 304

Burbank, CA 91502-2695

Phone: (310) 717-5521


The Honorable Mark A. Kearney

601 Market Street, Room 5118

Philadelphia, PA 19106-1797

Fax: 267-299-5023


Case Number: 2:15-cv-05219-MAK

Regarding: Request to Attend Thursday's Pre-Trial Conference by Phone


Your Honor,


I have not yet received login credentials for e-file access, so I am consequently not able to file a formal motion at this time. I reside and work outside the State of Pennsylvania (in California). Due to family obligations, I will not be able to attend Thursday's pre-trial conference (3:00 PM in Courtroom 5D) in person. I will, however, be able to attend by telephone. I have asked opposing counsel for its agreement to a telephonic conference, but was told that the Plaintiff does not agree to my attending the conference by telephone. Plaintiff did not provide a reason for denying my request. I greatly appreciate your kind consideration of this matter.


Sincerely,

*[signature]*

Morley Tatro

defendant, pro se