IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAW SCHOOL ADMISSION COUNCIL, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 15-5219 |
| | : | |
| MORLEY TATRO | : | |

# ORDER

**AND NOW,** this 27th day of November 2015, upon consideration of Plaintiff's Motion for an Extension (ECF Doc. No. 16) because of Defendant's untimely responses to Court ordered discovery, it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 16) is **GRANTED** and:

1.  Defendant shall fully respond to Plaintiff's November 6, 2015 written discovery requests, due November 23, 2015, no later than **December 2, 2015** or, upon motion, the Court may deny his pending Motion to Dismiss (ECF Doc. No. 9) for failing to timely comply with our Orders; and,

2.  Plaintiff may respond to the pending Motion to Dismiss no later than **December 11, 2015.**

_____
**KEARNEY, J.**