IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAW SCHOOL ADMISSION COUNCIL, INC. | : | Civil Action No.: 15-05219 |
| Plaintiff, | : | |
| v. | : | |
| | : | Honorable Mark A. Kearney |
| MORLEY TATRO | : | |
| Defendant | : | |

## NOTICE OF ENTRY OF APPEARANCE

**TO THE CLERK OF COURT:**

Please enter the appearance of Julie D. Lathia, Esquire on behalf of Defendant Morley Tatro.

Respectfully submitted,

_____/ s/ Julie D. Lathia_____

Julie D. Lathia, Esquire
Attorney I.D. No. 208407
The Law Offices of Julie D. Lathia
212 West Gay Street
West Chester, PA 19380
Phone: (717) 940-4881
Fax: (484) 887-3602

Attorney for Defendant Morley Tatro

Dated: November 30, 2015

## **CERTIFICATE OF SERVICE**

I, Julie D. Lathia, Esquire hereby certify that I caused a true and correct copy of the Notice of Appearance to be served this 30th day of November, 2015 by ECF addressed as follows:

John V. Gorman, Esq.
Amy M. Dudash, Esq.
Morgan, Lewis & Bockius, LLP
1700 Market Street
Philadelphia, PA 19103

                                                */s/ Julie D. Lathia*
                                            Julie D. Lathia, Esquire