## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAW SCHOOL ADMISSION COUNCIL, INC. | Civil Action No.: 15-05219 |
| Plaintiff, | |
| v. | |
| | Honorable Mark A. Kearney |
| MORLEY TATRO | |
| Defendant | |

### MOTION FOR *PRO HAC VICE* ADMISSION OF COUNSEL, ERIC MENHART

Julie D. Lathia, Counsel for Defendant, Morley Tatro, hereby moves this Honorable Court to grant the admission of counsel Eric Menhart *pro hac vice* and in support hereof, avers as follows:

1. Counsel Eric Menhart seeks admission *pro hac vice* because he and his firm have been retained by Defendant for this and related matters.

2. Local counsel Julie D. Lathia has sought the position of all parties; counsel for Plaintiff has advised that it does not object to the filing of this Motion.

3. Attached hereto as Exhibit A is the required declaration made by counsel Eric Menhart.

**WHEREFORE**, counsel for Defendant respectfully requests that this Honorable Court grant its Motion for Admission *Pro Hac Vice*.

        Respectfully submitted,

        _____*/s/Julie D. Lathia*_____

        Julie D. Lathia, Esquire
        Attorney I.D. No. 208407
        The Law Offices of Julie D. Lathia
        212 West Gay Street
        West Chester, PA 19380
        Phone: (717) 940-4881
        Fax: (484) 887-3602

Dated: 11-30-15

## **CERTIFICATE OF SERVICE**

I, Julie D. Lathia, Esquire hereby certify that I caused a true and correct copy of the Motion for *Pro Hac Vice* Admission of Counsel, Eric Menhart, to be served this 30th day of November, 2015 by ECF addressed as follows:

John V. Gorman, Esq.
Amy M. Dudash, Esq.
Morgan, Lewis & Bockius, LLP
1700 Market Street
Philadelphia, PA 19103

    */s/ Julie D. Lathia*
Julie D. Lathia, Esquire