# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAW SCHOOL ADMISSION COUNCIL, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 15-5219 |
| | : | |
| MORLEY TATRO | : | |

## ORDER

**AND NOW**, this 30th day of November 2015, it is **ORDERED** the Motion of Eric Menhart, Esquire (ECF Doc. No. 19) to practice in this Court under Local Rule of Civil Procedure 83.5.2(b) and our Policies is **GRANTED**.

_____
KEARNEY, J.