IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAW SCHOOL ADMISSION COUNCIL, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 15-5219 |
| | : | |
| MORLEY TATRO | : | |

### ORDER

**AND NOW**, this 7th day of December 2015, upon consideration of Plaintiff's Motion for an extension to respond to Defendant's Amended Motion to Dismiss (ECF Doc. No. 22), and noting Defendant filed an untimely and unauthorized motion to dismiss (ECF Doc. No. 21), it is **ORDERED**:

1. Defendant's untimely "amended" motion to dismiss (ECF Doc. No. 21) is **STRICKEN** as he already filed a motion to dismiss (ECF Doc. No. 9). He may file a Reply not exceeding seven (7) pages on or before **December 17, 2015;** and,

2. Plaintiff's motion for an extension (ECF Doc. No. 22) is **DENIED as moot.**

_/s/ Kearney_
**KEARNEY, J.**