IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAW SCHOOL ADMISSION COUNCIL, INC. | : CIVIL ACTION |
| v. | : NO. 15-5219 |
| MORLEY TATRO | : |

## ORDER

**AND NOW**, this 15th day of December 2015, upon consideration of Plaintiff's Motion to Enforce Discovery Obligations (ECF Doc. No. 25) and in accord with our Policies, it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 25) is **GRANTED** and Defendant shall fully respond to the Plaintiff's pending discovery requests on or before **December 21, 2015.** Defendant is not permitted to unilaterally stay discovery awaiting a jurisdictional determination as, even if the Court transfers venue, the parties will promptly proceed in another District.

KEARNEY, J.