IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAW SCHOOL ADMISSION COUNCIL, INC. | : CIVIL ACTION : : |
| v. | : NO. 15-5219 : |
| MORLEY TATRO | : |

## ORDER

**AND NOW**, this 15th day of December 2015, upon consideration of Defendant's Opposition to Plaintiff's Motion to Enforce deemed a motion for reconsideration (ECF Doc. No. 27), it is **ORDERED** Defendant's request for reconsideration (ECF Doc. No. 27) of our December 15, 2015 Order (ECF Doc. No. 26) is **DENIED**.

KEARNEY, J.