IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAW SCHOOL ADMISSION COUNCIL, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 15-5219 |
| | : | |
| MORLEY TATRO | : | |

## ORDER

**AND NOW**, this 29th day of December 2015, upon consideration of Defendant's Motion to Dismiss for lack of personal jurisdiction and improper venue (ECF Doc. No. 9), Plaintiff's Opposition (ECF Doc. No. 24), Defendant's Reply (ECF Doc. No. 29), and as described in the accompanying Memorandum, it is **ORDERED** Defendant's Motion to transfer (ECF Doc. No 9) is **GRANTED** as, applying the first filed rule requires **transfer** of this case under 28 U.S.C. § 1404(a) to the United States District Court for the Central District of California where there is a first filed related action between the parties at C.A. No. 15-7627 (C.D. Cal.). Defendant is directed to notify Judge Klausner of this Order on or before **December 31, 2015.**

The Clerk of Court is directed to forthwith **transfer** this action to the Clerk of the United States District Court for the Central District of California and mark this action **closed** in this Court.

_____
KEARNEY, J.